# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: U.H.A. et al. vs. Pamela Bondi et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-1482 **for the following party(s): (please specify)**

U.H.A., K.A., M. Doe, H.D., D. Doe, on behalf of themselves and others similarly situated, and The Advocates for Human Rights

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Pedro Sepulveda, Jr. s/: **Pedro Sepulveda, Jr.**

Firm Name: International Refugee Assistance Project

Business Address: One Battery Park Plaza, 33rd Floor

City/State/Zip: New York, NY 10004

Telephone Number (Area Code): 646-819-3805

Email Address: psepulveda@refugeerights.org

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 3/20/2026 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: