No. 26-1482

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

U.H.A., et al.,

*Petitioners-Appellees,*

v.

PAMELA BONDI, in their official capacity as Attorney General of
the United States, et al.,

*Respondents-Appellants.*

On Appeal From the United States District Court
for the District of Minnesota
No. 0:26-cv-00417-JRT-DLM, Hon. John R. Tunheim

## RULE 26.1A DISCLOSURE STATEMENT OF
## THE ADVOCATES FOR HUMAN RIGHTS

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
Kimberly Grano
kgrano@refugeerights.org
Ghita Schwarz
gschwarz@refugeerights.org
Pedro Sepulveda, Jr.
psepulveda@refugeerights.org
One Battery Park Plaza, 33rd Fl
New York, NY 10004
T. 646.946.7453

BERGER MONTAGUE PC
E. Michelle Drake
emdrake@bergermontague.com
John G. Albanese
jalbanese@bergermontague.com
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470

*Counsel for Petitioners-Appellees*

Petitioner-Appellee The Advocates for Human Rights states that it has no parent corporation and no publicly-held corporation holds 10% or more of its stock.

Date: March 25, 2026

/s/ Kimberly Grano

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
Kimberly Grano
kgrano@refugeerights.org
Ghita Schwarz
gschwarz@refugeerights.org
Pedro Sepulveda, Jr.
psepulveda@refugeerights.org
One Batter Park Plaza, 33rd Fl
New York, NY 10004
T. 646.946.7453

BERGER MONTAGUE PC
E. Michelle Drake
emdrake@bergermontague.com
John G. Albanese
jalbanese@bergermontague.com
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470

*Counsel for Petitioners-Appellees*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2026, I caused the foregoing to be filed with the Clerk via the CM/ECF system, which will service notice of electronic filing on all registered users, including counsel for the parties.

Date: March 25, 2026 /s/ Kimberly Grano

Appellate Case: 26-1482    Page: 3    Date Filed: 03/25/2026 Entry ID: 5621799