# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1482

U.H.A., on behalf of themselves and others similarly situated, et al.

Appellees

v.

Pamela Bondi, in their official capacity as Attorney General of the United States, et al.

Appellants

___

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-00417-JRT)

___

**ORDER**

The Appellants' motion for an expedited appeal is granted, and the proposed briefing schedule is adopted. The Appellants' Opening Brief with Addendum is due April 24, 2026. The Appellees' Brief is due 21 days following filing of Appellants' Brief. The Reply Brief is due 14 days following the filing of Appellees' Brief.

April 03, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler