# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: U.H.A., et al. vs. Pamela Bondi, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-1482 for the following party(s): (please specify)

U.H.A., K.A, H.D., D. Doe, M. Doe, on behalf of themselves and others similarly situated, and THE ADVOCATES FOR HUMAN RIGHTS,

☐ Appellant(s)  ☑ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Bardis Vakili    s/: Bardis Vakili

Firm Name: Center for Human Rights & Constitutional Law

Business Address: 1505 E. 17th Street, Suite 117

City/State/Zip: Santa Ana, CA 92705

Telephone Number (Area Code): 619-483-3190

Email Address: bardis@centerforhumanrights.org

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 04/06/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: