No. 26-1482

_____

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

U.H.A., et al.,

*Petitioners-Appellees,*

v.

TODD BLANCHE, in their official capacity as Acting Attorney
General of the United States, et al.,

*Respondents-Appellants.*

On Appeal From the United States District Court
for the District of Minnesota
No. 0:26-cv-00417-JRT-DLM, Hon. John R. Tunheim

_____

## STIPULATED DISMISSAL OF APPEAL AND REQUEST TO VACATE

_____

Brett A. Shumate
Assistant Attorney General
Daniel N. Rosen                          BERGER MONTAGUE PC
United States Attorney                   E. Michelle Drake
Drew C. Ensign                           emdrake@bergermontague.co[m]
Deputy Assistant Attorney General        John G. Albanese
Brantley T. Mayers                       jalbanese@bergermontague.c[om]
Counsel to the Assistant Attorney General 1229 Tyler Street NE, Suite 2[0]
U.S. Dept. of Justice, Civil Division    Minneapolis, MN 55413
950 Pennsylvania Ave. NW                 T. 612.594.5999; F. 612.584.4[
Washington, DC 20530
202.890.9874; brantley.t.mayers@usdoj.gov *Counsel for*
*Counsel for Respondents-Appellants*     *Petitioners-Appellees*

1

Appellate Case: 26-1482     Page: 1     Date Filed: 04/16/2026 Entry ID: 5629460

Pursuant to Fed. R. App. P. 42(b)(1), Petitioners-Appellees ("Appellees") and Respondents-Appellants ("Appellants") stipulate and agree to dismiss this appeal. A Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(a) has been filed in the underlying district court case (*see* ECF No. 161). The Parties agree dismissal should be without fees or costs awarded to either party. The Parties further request this Court vacate the district court's preliminary injunction which is the subject of this appeal. *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950) ("The established practice of the Court in dealing with a civil case from a court in the federal system which has become moot while on its way here or pending our decision on the merits is to reverse or vacate the judgment below and remand with a direction to dismiss.").

Date: April 16, 2026

/s/John G. Albanese

BERGER MONTAGUE PC
E. Michelle Drake
emdrake@bergermontague.com
John G. Albanese
jalbanese@bergermontague.com
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
Kimberly Grano
kgrano@refugeerights.org
Ghita Schwarz

2

gschwarz@refugeerights.org
Pedro Sepulveda, Jr.
psepulveda@refugeerights.org
Mevlüde Akay Alp
makayalp@refugeerights.org
One Batter Park Plaza, 33rd Fl
New York, NY 10004
T. 646.946.7453

*Counsel for Petitioners-Appellees*

Date: April 16, 2026

*/s/ Brantley T. Mayers*
BRETT A. SHUMATE
*Assistant Attorney General*
DANIEL N. ROSEN
*United States Attorney*
DREW C. ENSIGN
*Deputy Assistant Attorney General*
BRANTLEY T. MAYERS
*Counsel to the Assistant Attorney General*
U.S. Dept. of Justice, Civil Div.
950 Pennsylvania Ave. NW
Washington, DC 20530
T. 202.890.9874
brantley.t.mayers@usdoj.gov

*Counsel for Respondents-Appellants*

3

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I caused the foregoing to be filed with the Clerk via the CM/ECF system, which will service notice of electronic filing on all registered users, including counsel for the parties.

Date: April 16, 2026

/s/John G. Albanese

BERGER MONTAGUE PC
E. Michelle Drake
emdrake@bergermontague.com
John G. Albanese
jalbanese@bergermontague.com
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
Kimberly Grano
kgrano@refugeerights.org
Ghita Schwarz
gschwarz@refugeerights.org
Pedro Sepulveda, Jr.
psepulveda@refugeerights.org
Mevlüde Akay Alp
makayalp@refugeerights.org
One Batter Park Plaza, 33rd Fl
New York, NY 10004
T. 646.946.7453

*Counsel for Petitioners-Appellees*

4