No. 26-1482

_____

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

U.H.A., et al.,

*Petitioners-Appellees,*

v.

TODD BLANCHE, in their official capacity as Acting Attorney
General of the United States, et al.,

*Respondents-Appellants.*

On Appeal From the United States District Court
for the District of Minnesota
No. 0:26-cv-00417-JRT-DLM, Hon. John R. Tunheim

## CERTIFICATE OF COMPLIANCE AS TO STIPULATED DISMISSAL OF
## APPEAL AND REQUEST TO VACATE

BERGER MONTAGUE PC
E. Michelle Drake
emdrake@bergermontague.com
John G. Albanese
jalbanese@bergermontague.com
1229 Tyler Street NE, Suite 2(
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4

*Counsel for*
*Petitioners-Appellees*

1

1.     The Stipulated Dismissal and Request to Vacate document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 138 words.

2.     The Stipulated Dismissal and Request to Vacate document was prepared in a proportionally spaced typeface using Microsoft Word 365 in 14 point Times New Roman.

Date: April 16, 2026

/s/John G. Albanese

BERGER MONTAGUE PC
E. Michelle Drake
emdrake@bergermontague.com
John G. Albanese
jalbanese@bergermontague.com
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
Kimberly Grano
kgrano@refugeerights.org
Ghita Schwarz
gschwarz@refugeerights.org
Pedro Sepulveda, Jr.
psepulveda@refugeerights.org
Mevlüde Akay Alp
makayalp@refugeerights.org
One Batter Park Plaza, 33rd Fl
New York, NY 10004
T. 646.946.7453

*Counsel for Petitioners-Appellees*

2

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I caused the foregoing to be filed with the Clerk via the CM/ECF system, which will service notice of electronic filing on all registered users, including counsel for the parties.

Date: April 16, 2026

/s/John G. Albanese

BERGER MONTAGUE PC
E. Michelle Drake
emdrake@bergermontague.com
John G. Albanese
jalbanese@bergermontague.com
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
Kimberly Grano
kgrano@refugeerights.org
Ghita Schwarz
gschwarz@refugeerights.org
Pedro Sepulveda, Jr.
psepulveda@refugeerights.org
Mevlüde Akay Alp
makayalp@refugeerights.org
One Batter Park Plaza, 33rd Fl
New York, NY 10004
T. 646.946.7453

*Counsel for Petitioners-Appellees*

3