# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  26-1482

_____

U.H.A., on behalf of themselves and others similarly situated; K.A., on behalf of themselves and others similarly situated; M. Doe, on behalf of themselves and others similarly situated; Advocates for Human Rights, The; H.D., on behalf of themselves and others similarly situated; D. Doe, on behalf of themselves and others similarly situated

Petitioners - Appellees

v.

Todd Blanche, in their official capacity as Acting Attorney General of the United States; Markwayne Mullin, in his capacity as Secretary of the United States Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; Joseph B. Edlow, in his official capacity as Director, U.S. Citizenship and Immigration Services

Respondents - Appellants

_____

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-00417-JRT)

_____

## JUDGMENT

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

The joint stipulation for dismissal and the motion to vacate the district court's preliminary injunction are granted.  The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

April 21, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler