# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 26-1482

U.H.A., on behalf of themselves and others similarly situated, et al.

Appellees

v.

Todd Blanche, in their official capacity as Acting Attorney General of the United States, et al.

Appellants

_____

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-00417-JRT)

_____

**MANDATE**

In accordance with the judgment of April 21, 2026, and pursuant to the provisions of

Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-

styled matter.

April 21, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit